UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD COLEMAN,<br>    Plaintiff,<br><br>V.<br><br>ELAINE BUSHFAN, JENNIFER GREEN,<br>M.P. EAGLES, DONALD STEPHENS,<br>GREGORY MCGUIRE, NANCY<br>FREEMAN, JOHN H. CONNELL,<br>KAY SILVER, THE STATE OF NORTH<br>CAROLINA,<br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 2:15-CV-35-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's application to proceed in forma pauperis [D.E. 1] is GRANTED. Plaintiff's objections to the M&R [D.E. 8] are OVERRULED, and the court ADOPTS the conclusions in the M&R [D.E. 6] and DISMISSES plaintiff's complaint as frivolous. Plaintiff's motion to disqualify [D.E. 4] is DENIED. The clerk shall close the case.

**This Judgment Filed and Entered on June 29, 2016, and Copies To:**

Richard Coleman      510 Arbutus Street, Elizabeth City, NC 27909
             via US Mail

DATE:           JULIE RICHARDS JOHNSTON, CLERK
June 29, 2016       (By) /s/ Nicole Briggeman
             Deputy Clerk